72 S.Ct. 89

## INTERNATIONAL LONGSHOREMEN'S AND WAREHOUSE-MEN'S UNION et al., petitioners, v. JUNEAU SPRUCE CORPORATION. No. 280.

Supreme Court of the United States.
Oct. 22, 1951.

Granted.